IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 19-cr-40019-SMY-2 |
| | ) |
| JAMES M. MOORE, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Defendant James M. Moore pleaded guilty to conspiracy to distribute methamphetamine and was sentenced to 96 months' imprisonment and 4 years supervised release (Docs. 40, 59). Now pending before the Court is Moore's Motion for Early Termination of Supervised Release (Doc. 89), to which the United States and Probation object (Doc. 91).

After considering the relevant factors set forth in 18 U.S.C. § 3553(a), the Court may terminate a defendant's term of supervised release at any time after he has served one year of the term if it is satisfied that early termination is warranted by the defendant's conduct and the interest of justice. 18 U.S.C. § 3583(e)(1); *United States v. Lowe*, 632 F.3d 996, 997 (7th Cir. 2011). Here, Defendant asserts that early termination is appropriate based on his steady employment, his negative drug testing, no new criminal activity, and overall compliance with the conditions of his supervised release.

Notwithstanding the objections articulated by the Government and Probation, Defendant's record of compliance with the terms and conditions of supervised release, his efforts at reintegration, due to which, Defendant was transferred to the Administrative Caseload on July 31, 2024, and the interests of justice weigh in favor of early termination in this case. Accordingly,

Defendant's Motion for Early Termination of Supervised Release (Doc. 89) is GRANTED;

Defendant James M. Moore's Supervised Release is terminated effective this date.

**IT IS SO ORDERED.**

**DATED:  June 11, 2025**

*[signature]*

**STACI M. YANDLE**
**United States District Judge**